IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BEVERLY ANN HARMON,**

    **Plaintiff,**

  vs.

                                                  CIV No. 15-0517 LAM

**CAROLYN W. COLVIN, Acting Commissioner**
**of the Social Security Administration,**

    **Defendant.**

## ORDER TO EXPUNGE ADMINISTRATIVE RECORD

**THIS MATTER** is before the Court on the Parties' *Stipulation to Expunge the Administrative Record (Doc. 15)*, filed September 3, 2015, which the Court construes as a motion. In the motion, the parties state that the Administrative Record filed on August 28, 2015 [*Doc. 11*] contains personal and private information pertaining to an individual other than Plaintiff. The parties further state that, where such information has been inadvertently disclosed, the Social Security Administration's policies direct that the documents must be returned or destroyed, and that sealing the records does not satisfy this policy. [*Doc. 15* at 1]. The parties, therefore, ask the Court to enter an order directing the Clerk of the Court to remove and destroy all electronic and paper copies of the Administrative Record [*Doc. 11*] from its files and the Case Management and Electronic Case Filing (CM/ECF) system. The parties further agree to destroy all copies of the Administrative Record [*Doc. 11*] received by Plaintiff's attorney, the Assistant United States Attorney, and the Assistant Regional Counsel. Having considered the motion and record of this case, and having been informed by the Clerk of

the Court that the Clerk can remove and destroy all electronic and paper copies of the Administrative Record upon order of the Court, the Court finds that the Administrative Record [*Doc. 11*] should be destroyed because it contains personal and private information pertaining to an individual other than Plaintiff.

**IT IS THEREFORE ORDERED** that the parties motion [*Doc. 15*] is **GRANTED** and the Clerk of the Court shall remove and destroy all electronic and paper copies of the Administrative Record [*Doc. 11*], filed on August 28, 2015, from its files and the Case Management and Electronic Case Filing (CM/ECF) system.

**IT IS FURTHER ORDERED** that Plaintiff's attorney, the Assistant United States Attorney, and the Assistant Regional Counsel shall destroy all paper and electronic copies of the Administrative Record [*Doc. 11*] in their possession.

**IT IS SO ORDERED**.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

SUBMITTED AND APPROVED BY: *(Prior to modification by the Court)*

*Electronically submitted on 9/3/15*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronic Approval Received 9/3/15*
FRANCESCA MACDOWELL
Attorney for Plaintiff